# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RUIZ , <br><br> Plaintiff, <br><br> v. <br><br> BRACHFELD LAW GROUP, PC, et al. <br><br> Defendants. | Case No.: 1:13−CV−00228−LJO−GSA <br><br> **ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE ON APRIL 16, 2013** <br><br> Date: April 16, 2013 <br> Time: 10:00 a.m. <br> Crtrm: 10 (6th Floor) <br> The Hon. Gary S. Austin |

Plaintiff JOANNA RUIZ Plaintiff") requests permission to appear telephonically at the Scheduling Conference currently set for April 16, 2013, at 10:00 a.m.

IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically at the Scheduling Conference is GRANTED.  Plaintiff shall call chambers at (559) 499-5960 at the time set for the hearing.  If more than one party wishes to appear telephonically, the parties shall arrange a one-line conference call prior to calling chambers.

IT IS SO ORDERED.

1  Dated:   **April 3, 2013**                              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28