1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNA RUIZ , | ) | Case No.:  1:13−CV−00228−LJO−GSA |
| | ) | |
| Plaintiff, | ) | **ORDER ON REQUEST TO** |
| | ) | **APPEAR TELEPHONICALLY AT** |
| v. | ) | **SCHEDULING CONFERENCE ON** |
| | ) | **APRIL 16, 2013** |
| BRACHFELD LAW GROUP, PC, et al. | ) | |
| | ) | Date: April 16, 2013 |
| Defendants. | ) | Time: 10:00 a.m. |
| | ) | Crtrm: 10 (6th Floor) |
| | ) | The Hon. Gary S. Austin |
| | ) | |

Plaintiff JOANNA RUIZ Plaintiff') requests permission to appear telephonically at the Scheduling Conference currently set for April 16, 2013, at 10:00 a.m.

IT IS HEREBY ORDERED that Plaintiff's request to appear telephonically at the Scheduling Conference is GRANTED.  Plaintiff shall call chambers at (559) 499-5960 at the time set for the hearing.  If more than one party wishes to appear telephonically, the parties shall arrange a one-line conference call prior to calling chambers.

IT IS SO ORDERED.

Dated:   **April 3, 2013**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE