Erica L. Brachfeld [SB# 180683]
THE BRACHFELD LAW GROUP P.C.
880 Apollo St. Suite 155
El Segundo, CA 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867

Attorney for Defendant,
The Brachfeld Law Group, PC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RUIZ, <br><br> Plaintiff, <br><br> vs. <br><br> THE BRACHFELD LAW GROUP, PC, <br><br> Defendants | CASE NO.: 1:13-CV-00228-LJO-GSA <br><br> **ORDER ON DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE** <br><br> Date: April 16, 2013 <br> Time: 10:00am <br> Dept: 10 |

Defendant THE BRACHFELD LAW GROUP, PC ("Defendant") requests permission to participate in the scheduling conference scheduled for April 16, 2013 at 10:00 am in the above-entitled Court by telephone.

IT IS HEREBY ORDERED that defendant's request for telephonic appearance at the scheduling conference is GRANTED. Defendant shall coordinate a one-line conference call with Plaintiff's Counsel prior to calling chamber at (559) 499-5960 for the 10:00 am hearing.

**IT IS SO ORDERED.**

Dated:   April 3, 2013                    /s/ **Gary S. Austin**
                                          **UNITED STATES MAGISTRATE JUDGE**