**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNA RUIZ , <br><br> Plaintiff, <br><br> v. <br><br> BRACHFELD LAW GROUP, PC, et al. <br><br> Defendants. | Case No.: 1:13−CV−00228−LJO−GSA <br><br> **JUDGMENT PER FRCP 68 ACCEPTANCE** <br><br> *FUTHER COURT ORDER ADDED* |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant BRACHFELD LAW GROUP, PC ("BLG") offered to allow judgment to be taken against it and in favor of Plaintiff, JOANNA RUIZ, as a means of resolving the instant matter in its entirety. Specifically, BLG offered the sum of $1,501, exclusive of reasonable attorneys' fees and costs. Plaintiff formally accepted that offer on May 7, 2013.

    Based on the foregoing, **IT IS ORDERED AND ADJUDGED THAT:**

    1. Judgment shall be entered against BLG in the amount of $1,501 (one thousand, five hundred and one dollars) arising from Plaintiff's claims against BLG as alleged in Plaintiff's Complaint in the herein matter.

2. The $1,501 judgment to be entered shall be considered exclusive of all of Plaintiff's reasonable attorney fees and costs incurred by Plaintiff in connection with the claims alleged as of and including the 14th day following service of the Rule 68 Offer.  Plaintiff's reasonable attorney fees and costs incurred are to be determined by the Court unless otherwise agreed by the parties.

**3.     Given defendant's acceptance of the F.R.Civ.P. 68 offer, this Court ORDERS the parties, no later than June 10, 2013, to file papers to indicate whether is action may be closed or, as necessary, to show good cause why this action should not be closed.**

IT IS SO ORDERED.

  Dated:   **May 7, 2013**                         **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE