# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RUIZ, | Case No.:1:13−CV−00228−LJO−GSA |
| Plaintiff, | **Order Re: Stipulation Re: Attorneys' Fees and Costs and Payment on Judgment Thereon** |
| v. | |
| BRACHFELD LAW GROUP, PC, et al. | |
| Defendants. | |

Pursuant to the parties' Stipulation Re: Attorneys' Fees and Costs and Payment on Judgment Thereon ("Stipulation"), **IT IS ORDERED AND ADJUDGED THAT:**

1. The total amount of the Judgment in favor of Plaintiff Joanna Ruiz as against Defendant Brachfeld Law Group, PC is $5,043.50, inclusive of damages and attorneys' fees and costs ("total judgment");

2. The court will retain jurisdiction in the event of Defendant's default. In the event of a default in payments pursuant to the Stipulation, Plaintiff shall request judgment against Defendant.

IT IS SO ORDERED.

Dated:  **May 22, 2013**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE