UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RUIZ, | CASE NO. CV F 13-0228 LJO GSA |
| Plaintiffs, | **ORDER TO CLOSE ACTION** <br> (Doc. 5) |
| vs. | |
| BRACHFELD LAW GROUP, PC, et al., | |
| Defendants. | |

Given the absence of further matters before this Court and the parties' failure to respond to this Court's May 8, 2013 order, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **June 11, 2013**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1